UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY GAYTON<br>ID #49399-177,<br><br>*Petitioner,*<br><br>v.<br><br>C. RIVERS,<br><br>*Respondent.* | §<br>§<br>§<br>§<br>§  Civil Action No. 3:23-CV-1842-X-BH<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). Petitioner Timothy Gayton filed an objection. (Doc. 7). Gayton contends that he has exhausted his administrative remedies, and if he hasn't, it is because Respondent C. Rivers frustrated his attempts to exhaust his administrative remedies. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE